*Time to file a joinder.*
*Judge Walton*
*8/5/19*

Duane Joseph Johnson
#262942
Central Treatment Facility
1901 E Street, S.E.
Washington, D.C. 20003



July 23, 2019

United States District Court
For the District of Columbia
Clerk of Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

    Re: Duane Joseph Johnson v. Dept. of Health & Human Services, et. al.
        1:18-cv-03062-RBW

Dear Clerk:

    Please inform Judge Walton that I was moved by way of writ to the District of Columbia Department of Corrections of Thursday July 11, 2019. I am here in Washington, D.C. for re-sentencing in my criminal case before the Superior Court of the District of Columbia. I was not permitted to transfer with any documents relating to this civil action. Moreover, the Defendant District of Columbia Department of Corrections has refused to allow me access to the law library as well as utilize the grievance process, within the institution merely because I named it and its officers as defendants in the current civil action before the Court.

-1-

This unfair treatment by defendant places me at a disadvantage in this case. Please ask the Judge if he could issue an order in the form of an injunction directing the Warden of the Central Treatment Facility, Lennard Johnson to utilize the law library Mon-Friday for two hours each day to work on and manage the presentation and course of my civil action. In the alternative, please request the judge to appoint counsel to represent the undersigned plaintiff. If the foregoing request to the Judge are disfavored, I respectfully request that you ask the Judge to issue an order holding this case in abeyance until I return to the custody of the Federal Bureau of Prisons. Finally, please send me a copy of the docket sheet.

Thank you for your attention regarding this matter.

Very truly yours,

Duane Joseph Johnson
#262942
Central Treatment Facility
1901 E. St., S.E.
Washington, D.C. 20003

Duane Joseph Johnson
#62942
Central Treatment Facility
1901 E Street, S.E.
Washington, DC 20003

Legal Mail
7/23/19
Tuesday

United States District Court
For the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20004

20001-283700

CENTRAL DISTRICT 200205
25 JUL 2019 PM 2

PURPLE HEART
FOREVER USA

RECEIVED
By
JUL 24 2019