UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE JOSEPH JOHNSON,<br><br>　　　　　Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　　Civil Action No. 18-03062 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In accordance with the Court's oral rulings issued at the status conference held on January 12, 2024, it is hereby

**ORDERED** that the parties shall meet, confer, and file a proposed schedule for further proceedings in this case on January 26, 2024.[1]  It is further

**ORDERED** that, on January 30, 2024, at 1:30 p.m., the parties shall appear before the Court for a scheduling conference.  The parties shall appear before the Court via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 12th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The parties' filing shall otherwise be in accordance with Local Rule 16.3 and Federal Rule of Civil Procedure 26(f), as amended.